EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI #2286
Chief, Narcotics Section

CONSTANCE A. HASSELL #3374
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808)541-2850
Facsimile: (808)541-2958
Constance.Hassell@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 2 8 2003

at _____ o'clock and _____ min. _____ M.
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO. CR 03-00270 SOM |
| Plaintiff, | INDICTMENT |
| vs. | [21 U.S.C. § 860(a)] |
| EDGAR WILLIAMS, | |
| Defendant. | |

SEALED
BY ORDER OF THE COURT

INDICTMENT

COUNT 1

The Grand Jury charges that:

On or about March 4, 2003, in the District of Hawaii, defendant EDGAR WILLIAMS did knowingly and intentionally distribute .131 grams of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, and

salts of its isomers, a Schedule II controlled substance, within one thousand (1,000) feet of the real property comprising an elementary school.

In violation of Title 21, United States Code, Sections 860(a) and 841 (b)(1)(C).

## COUNT 2

The Grand Jury further charges that:

On or about March 4, 2003, in the District of Hawaii, defendant EDGAR WILLIAMS did knowingly and intentionally distribute approximately .165 grams of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, within one thousand (1,000) feet of the real property comprising an elementary school.

In violation of Title 21, United States Code, Sections 860(a) and 841 (b)(1)(C).

## COUNT 3

The Grand Jury further charges that:

On or about March 12, 2003, in the District of Hawaii, defendant EDGAR WILLIAMS did knowingly and intentionally distribute approximately .119 grams of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled

substance, within one thousand (1,000) feet of the real property comprising an elementary school.

In violation of Title 21, United States Code, Sections 860(a) and 841 (b)(1)(C).

DATED: May 28, 2003, at Honolulu, Hawaii.

A TRUE BILL

/s/
_____
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
FLORENCE T. NAKAKUNI
Chief/Narcotics Section

_____
CONSTANCE A. HASSELL
Assistant U.S. Attorney