AO 442 (Rev. 10/03) Warrant for Arrest

ORIGINAL

# UNITED STATES DISTRICT COURT
## District of Hawaii

759938

| | |
|---|---|
| UNITED STATES OF AMERICA | WARRANT FOR ARREST |
| V. | Case Number: CR 03-00270 SOM (01) |
| EDGAR WILLIAMS | |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 19 2006

at 9 o'clock and 50 min. AM
SUE BEITIA, CLERK

To: The United States Marshal and any Authorized United States Officer

YOU ARE HEREBY COMMANDED TO ARREST EDGAR WILLIAMS and bring him or her forthwith to the nearest district/ magistrate judge to answer a Probation/Supervised Release Violation Petition , charging him or her with (brief description of offense)

ORDER TO SHOW CAUSE WHY SUPERVISION SHOULD NOT BE REVOKED

2006 SEP 15 PM 1:42
U.S. MARSHALS SERVICE
HONOLULU, HI.
RECEIVED

in violation of Title  United States Code, Section(s) .

| Sue Beitia | Clerk U.S. District Court |
|---|---|
| Name and Title of Issuing Officer | Title of Issuing Officer |
| Signature of Issuing Officer/Deputy Clerk | 09/14/2006 at Honolulu, Hawaii |
| | Date and Location |

Bail Fixed at NO BAIL     By: Susan Oki Mollway, United States District Judge

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at HONOLULU, HI | | |
| Date Received 9-15-06 | NAME AND TITLE OF ARRESTING OFFICER RUSSELL NAKASATO DUSM | SIGNATURE OF ARRESTING OFFICER |
| Date of Arrest 9-18-06 | | |