AO 442 (Rev. 10/03) Warrant for Arrest

ORIGINAL

# UNITED STATES DISTRICT COURT
## District of Hawaii

759938

| UNITED STATES OF AMERICA | WARRANT FOR ARREST |
|---|---|
| V. | Case Number: CR 03-00270SOM-01 |
| EDGAR WILLIAMS | |
| (Name and Address of Defendant) | |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 14 2007

at 8 o'clock and 40 min. A M.
SUE BEITIA, CLERK

To: The United States Marshal and any Authorized United States Officer

YOU ARE HEREBY COMMANDED TO ARREST EDGAR WILLIAMS and bring him or her forthwith to the nearest district/ magistrate judge to answer a Probation/Supervised Release Violation Petition, charging him or her with (brief description of offense)

ORDER TO SHOW CAUSE WHY SUPERVISION SHOULD NOT BE REVOKED

2007 NOV 27 PM 3:01 RECEIVED

in violation of Title  United States Code, Section(s) .

| Sue Beitia | Clerk U.S. District Court |
|---|---|
| Name and Title of Issuing Officer | Title of Issuing Officer |
| Signature of Issuing Officer/Deputy Clerk | NOVEMBER 27, 2007 at Honolulu, Hawaii |
| | Date and Location |

Bail Fixed at NO BAIL WARRANT    By: Susan Oki Mollway, United States District Judge

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| Date Received | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| Nov. 27, 2007 | Anthony Cole | [signature] |
| Date of Arrest | DUSM | |
| Dec. 7, 2007 | | |