# UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
300 ALA MOANA BLVD. RM C-209
HONOLULU, HAWAII 96850

KEVIN S.C. CHANG
UNITED STATES MAGISTRATE JUDGE

TELEPHONE: (808) 541-1308
FAX: (808) 541-3519

September 2, 2008

Stuart Fujioka, Esq.
1188 Bishop Street, Ste. 1006
Honolulu, HI  96813

Re: USA vs. EDGAR WILLIAMS
    CRIMINAL NO. 03-00270 SOM

Dear Mr. Fujioka:

Thank you for accepting the court's appointment to represent Edgar Williams in the above-entitled matter.

Enclosed is your appointment voucher.

As a reminder, any withdrawal and substitution of counsel, whether the substitute counsel is a panel attorney or a retained attorney, must have the prior approval of this court.

Very truly yours,

Kevin S.C. Chang
United States Magistrate Judge

KSCC:waa
Enclosure