STUART N. FUJIOKA 4223
1188 Bishop St. Ste. 1006
ph.(808) 544-0068, fax 544-0078
e-mail: stuart@snfaal.com

Attorney for defendant Edgar Williams

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
SEP 04 2008
at ___ o'clock and ___ min ___ M.
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| United States of America, | Cr. No. 03-00270 SOM |
|---|---|
| plaintiff, | 21 U.S.C. §860(a) |
| v. | |
| Edgar Williams, | DEFENDANT'S MOTION TO AMEND 12/17/07 JUDGMENT; DECLARATION OF COUNSEL; EXHIBITS A-C; CERTIFICATE OF SERVICE |
| defendant. | |

DEFENDANT'S MOTION TO AMEND 12/17/07 JUDGMENT

Defendant Edgar Williams, through counsel and in the interests of justice, moves to amend the Court's 12/17/07 Judgment as follows. He requests temporary release for one day or less, to resolve bench warrants issued in the District Court of the First Circuit, State of Hawaii on 1/17/08 [Exh. A] and 2/22/08 [exh. B] when he failed to appear due to his incarceration on the instant matter. If the motion is granted, defendant will immediately return to custody after addressing the warrants.

The warrants are currently precluding defendant's placement in a halfway house. He has confirmed bedspace availability at Mahoney Hale 10/31/08, but can enter only if he has no outstanding warrants or detainers. Although unusual, the

ORIGINAL

requested relief is necessary in the interests of justice as it would greatly facilitate the next step in defendant's rehabilitation, without unnecessarily endangering the public.

Dated: Honolulu, Hawaii, _____SEP 3 2008_____.

                                               Stuart N. Fujioka,
                                             attorney for movant

C:\Doc\Federism\2003\williams\m-amend-jmt.001.wpd