## Report Selection Criteria

Case ID: **1DTA-07-08883**
Docket Start Date:
Docket Ending Date:

## Case Description

Case ID:      1DTA-07-08883 - State v. Edgar Ulysses Williams Jr - -*NON JURY*-
Filing Date:  Tuesday, July 03rd, 2007
Type:         TC - Traffic Crime
Status:       INACTIVE - Inactive Case

## Violation

| Violation | | | | Disposition | | | Sentence | |
|---|---|---|---|---|---|---|---|---|
| No. | Code | Description | Date | Code | Description | Date | Code | Description |
| 1 | HRS 710-1077 | CRIM CONTEMPT OF COURT | 06-OCT-2006 | | | | | |

## Related Cases

*No related cases were found.*

## Case Event Schedule

*No case events were found.*

## Case Parties

| Seq # | Assoc | Expn Date | Type | ID | Name |
|---|---|---|---|---|---|
| 1 | | | Defendant | @364466 | **Williams, Edgar Ulysses** |
| | | | Aliases: | | Williams, Edgar Ulysses |

## Docket Entries

EXHIBIT A

| Filing Date | Description | Name | Monetary |
|---|---|---|---|

| Date/Time | Event | | | |
|---|---|---|---|---|
| 03-JUL-2007 07:00 AM | Arrest Report | | | |
| **Entry:** | CIC: 005405177 (S/POC). | | | |
| 03-JUL-2007 10:23 AM | Custody | | | |
| **Entry:** | none. | | | |
| 03-JUL-2007 11:45 AM | Hearing Held | | | |
| **Entry:** | Garibaldi:Domingo:Nakasone: Defendant present in custody and made representation that he is in a halfway house. Defendant's request for RTA granted (LAST). Continued with CIC: 1DTA-07-08863. (APT 7/17/07AM-10D) | | | |
| 03-JUL-2007 11:45 AM | Released to Appear | | | |
| **Entry:** | none. | | | |
| 03-JUL-2007 11:45 AM | Order & Notice of Entry of Ord | | | |
| **Entry:** | none. | | | |
| 17-JUL-2007 08:30 AM | Hearing Held | | | |
| **Entry:** | CARDWELL:SUGITA:CHAN: Defendant present. (AP 01/17/08AM-10D). Released to appear. | | | |
| 17-JUL-2007 08:30 AM | Released to Appear | | | |
| **Entry:** | none. | | | |
| 17-JUL-2007 08:30 AM | Order & Notice of Entry of Ord | | | |
| **Entry:** | none. | | | |

| 17-JAN-2008 08:30 AM | Hearing Held | | |
|---|---|---|---|
| **Entry:** | CARDWELL:HINDS:PASCUAL: Defendant not present. | | |
| 17-JAN-2008 08:30 AM | Bench Warrant Ordered | | |
| **Entry:** | S/AP (CIC: 005405177) | | |
| 17-JAN-2008 08:30 AM | Order & Notice of Entry of Ord | | |
| **Entry:** | *none.* | | |