Case ID:                    1DTC-06-069168
Docket Start Date:
Docket Ending Date:

## Case Description

Case ID:     1DTC-06-069168 - State v. Edgar U Williams - -NON JURY-
Filing Date: Thursday , October 26th, 2006
Type:        TC - Traffic Crime
Status:      INACTIVE - Inactive Case

## Violation

| | Violation | | | Disposition | | | Sentence | |
|---|---|---|---|---|---|---|---|---|
| No. | Code | Description | Date | Code | Description | Date | Code | Description |
| 1 | HRS 431:10C-104 | NO MOTOR VEH INSURANCE | 18-OCT-2006 | | | | | |
| 2 | HRS 286-133 | PERMIT UNLIC DRIVER TO DRIVE | 18-OCT-2006 | | | | | |
| 3 | HRS 431:10C-114 | FAIL TO SURR CERT,PLTS-TERM IN | 18-OCT-2006 | | | | | |

## Related Cases

*No related cases were found.*

## Case Event Schedule

*No case events were found.*

## Case Parties

| Seq # | Assoc | Expn Date | Type | ID | Name |
|---|---|---|---|---|---|
| 1 | | | Defendant | @364466 | Williams, Edgar Ulysses |
| | | | | Aliases: | Williams, Edgar Ulysses |

EXHIBIT B

| | | | | Law Enforcement Officer | 101100885 | Inouye, Carl A |
|---|---|---|---|---|---|---|
| 2 | | | | | | |
| | | | | Aliases: | none | |

## Docket Entries

| Filing Date | Description | | Name | Monetary |
|---|---|---|---|---|
| 26-OCT-2006 01:40 PM | Citation-Traffic Crime Arrest | | | |
| Entry: | none. | | | |
| 06-NOV-2006 08:30 AM | Penal Summons Ordered | | | |
| Entry: | January 3, 2007 at 1:30 P.M. in Courtroom 4B. | | | |
| 06-NOV-2006 08:30 AM | Hearing Held | | | |
| Entry: | Marr:Sugita:Hiyakumoto: Defendant not present. State was ready. | | | |
| 06-NOV-2006 08:30 AM | Order & Notice of Entry of Ord | | | |
| Entry: | none. | | | |
| 08-NOV-2006 10:00 AM | Penal Summons Created | | | |
| Entry: | Docket entry for the letter produced from NMAMAIN on 08-NOV-2006 by J1DHNCT_DKNM. No address, undeliverable. | | | |
| 12-OCT-2007 02:02 PM | Notice of Hearing | | | |
| Entry: | Docket entry for the letter produced from CLALMRG on 12-OCT-2007 by J1DHNCD_NNP. | | | |

| | | | |
|---|---|---|---|
| 12-OCT-2007 02:24 PM | Penal Summons Case Rescheduled | | |
| **Entry:** | *none.* | | |
| 09-NOV-2007 01:30 PM | Hearing Held | | |
| **Entry:** | Pacarro:De Mello/Sugita:Nakasone: Defendant present. Orally charged (3rd offense on count 1). Not guilty pleas entered. (APT 2/22/08PM-10C) | | |
| 09-NOV-2007 01:30 PM | Referred to Public Defender | | |
| **Entry:** | *none.* | | |
| 09-NOV-2007 01:30 PM | Released to Appear | | |
| **Entry:** | *none.* | | |
| 09-NOV-2007 01:30 PM | Order & Notice of Entry of Ord | | |
| **Entry:** | *none.* | | |
| 22-FEB-2008 01:30 PM | Bench Warrant Ordered | | |
| **Entry:** | $750-S/APT | | |
| 22-FEB-2008 01:30 PM | Hearing Held | | |
| **Entry:** | STONE:TAKAHASHI:NORR: DEFENDANT NOT PRESENT. BW$750 ORDERED-S/APT. COUNTS 2-3: BW-S/APT | | |
| 22-FEB-2008 01:30 PM | Order & Notice of Entry of Ord | | |
| **Entry:** | *none.* | | |
| 05-JUN-2008 | BW Addt'l Charge Created | | |



| 07:34 AM | |
|---|---|
| Entry: | Docket entry for the letter produced from CCADREQ on 05-JUN-2008 by J1DHNCT_CNG. BW#Q110810136, $750.00, S/APT. |