

*Stuart N. Fujioka, aal*
1188 Bishop St. #1006
Honolulu, HI 96813
ph. (808) 544-0068, Fax (808) 544-0078
e-mail: stuart@snfaal.com

July 31, 2008

Office of the Sheriff
Warrants Section
Pier 20
Honolulu, HI 96817

attn: Sergeant Jeffrey Piimauna

Re: Edgar Williams,

Case 1DTC-06-069168, No Motor Veh. Insurance, H.R.S. §431:10C-104, Permit Unlic. Driver to Drive, H.R.S. §286-133, Failure to Surrender Cert, Plates, H.R.S. §431:10C-114 bench warrant ordered 2/22/08, Judge Pacarro

Case 1DTA-07-08883, Crim. Contempt of Court, H.R.S. §710-1077 No Motor Veh., bench warrant ordered 1/17/08, Judge Cardwell

Dear Sgt. Piimauna:

My client Edgar Williams is incarcerated at th Federal Detention Center Honolulu, serving an 8-month sentence; the above-listed warrants resulted when he missed court due to his confinement. He must resolve these matters in order to qualify for placement in a halfway house, and he requests to be served while he is in custody. Thank you.

Very truly yours,

Stuart N. Fujioka

cc: Edgar

C:\Doc\Fedcrim\2003\williams\sheriff.001.wpd



EXHIBIT C