IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| United States of America, | Cr. No. 03-00270 SOM |
|---|---|
| plaintiff, | 21 U.S.C. §960(a) |
| v. | |
| Edgar Williams, | |
| defendant. | |

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing document was duly mailed, postage prepaid, or hand delivered to:

Michael Kawahara
300 Ala Moana Blvd. Ste. 6100
Honolulu, Hawaii 96850

for the United States of America

Frank Condello
U.S. Probation
300 Ala Moana Blvd. 2-215
Honolulu, HI 96850

Dated: Honolulu, Hawaii, September 3, 2008

Stuart N. Fujioka

c:\fedcrim\2003\williams\certserv.001