IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 03-00270 SOM |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER DENYING DEFENDANT EDGAR |
| | ) | WILLIAMS'S MOTION TO AMEND |
| EDGAR WILLIAMS, | ) | JUDGMENT |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

ORDER DENYING DEFENDANT EDGAR WILLIAMS'S
MOTION TO AMEND JUDGMENT

Defendant Edgar Williams moves to amend his judgment. Williams says that he is scheduled to be moved from the Federal Detention Center to a halfway house on October 31, 2008, provided he has no outstanding warrants or detainers.  It turns out that he does have outstanding state bench warrants that he would like to address in time to be released to the halfway house on October 31, 2008.  Toward that end, he asks this court to amend his judgment to provide for a one-day release from the Federal Detention Center to go to state court to address the outstanding state bench warrants.  The motion is denied.

Saying that the state will not seek his presence by way of a writ of habeas corpus, Williams now seeks relief in the form of an amendment of this court's judgment.  This court is without jurisdiction to amend Williams's judgment, as it is now more than eight months since the judgment issued.  Williams cites no legal

authority allowing for a substantive amendment to a judgment at this late date.

The court notes, moreover, that the Bureau of Prisons has no program for temporary release (as opposed to intermittent confinement, which was not ordered here). It is hoped that Williams can obtain dismissal of the warrants or otherwise arrange to keep his halfway house placement. This court is sympathetic but is without power to provide the relief requested.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, September 8, 2008.



/s/ Susan Oki Mollway
Susan Oki Mollway
United States District Judge

United States v. Williams; CR. NO. 03-00270 SOM; ORDER DENYING DEFENDANT EDGAR WILLIAMS'S MOTION TO AMEND JUDGMENT